No. 86–1672. COMMISSIONER OF INTERNAL REVENUE *v.* BOLLINGER ET AL. C. A. 6th Cir. [Certiorari granted, 482 U. S.

913.] Motion of the Solicitor General to dispense with printing the joint appendix granted.